**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Craig Pinckney, Appellant.

Appellate Case No. 2014-001230

———————

Appeal From Colleton County
Perry M. Buckner, III, Circuit Court Judge

———————

Unpublished Opinion No. 2016-UP-488
Submitted November 1, 2016 – Filed November 23, 2016

———————

**APPEAL DISMISSED**

———————

Appellate Defender LaNelle Cantey DuRant, of
Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General John Benjamin Aplin,
both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF and SHORT, JJ., and MOORE, A.J., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.